IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,   No. CIV S-09-2838-CMK-P

    Petitioner,

  vs.   ORDER

MIKE KNOWLES,

    Respondent.

_____ /

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 8, 10).  Petitioner's petition will be addressed separately.

    Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.  His request will therefore be granted.

    Petitioner had also filed a motion for additional time in which to submit his complete application to proceed in forma pauperis.  Prior to the court issuing any order on that motion, Petitioner filed his application.  To the extent Petitioner's applicaiton was filed beyond

1

the 30 days the court provided, Petitioner's motion for additional time will be granted. Petitioner's application to proceed in forma pauperis is considered timely filed.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      Petitioner's motion for leave to proceed in forma pauperis (Doc. 8, 10) is granted; and

        2.      Petitioner's motion for additional time to submit his application (Doc. 9) is granted.

DATED: January 22, 2010

                                                                    **CRAIG M. KELLISON**
                                                                    UNITED STATES MAGISTRATE JUDGE